UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

AFFIDAVIT

The undersigned, being duly sworn, deposes and states:

1. My name is Chad Parnell, and I am a United States Postal Inspector. I have been working as a Postal Inspector for seven years and am currently assigned to the Wilmington, North Carolina domicile of the United States Postal Inspection Service (USPIS). Prior to joining the USPIS, I was a Special Agent with the United States Secret Service for five years and a Charleston South Carolina Police Officer for two years. As a Postal Inspector, I enforce federal laws relating to postal offenses. My assignment includes, but is not limited to, investigations of mail fraud, mail theft, credit card fraud, identity theft, burglaries and robberies of Post Offices, illegal mailings of non-mailable items which include hazardous materials, narcotics, and threatening communications.

2. This affidavit is submitted in support of an application for a Search Warrant authorizing the search of United States Postal Service (USPS) Mail Parcel with number 9505511325025245588618 addressed to S. Pearson, 3760 Dewitt Road, Longs, South Carolina, 29568 with a return address of I. Pearson, 11335 Mona Blvd #291, Los Angeles, CA, 90059, because it is believed that such parcel contains controlled substances or proceeds from controlled substances (hereinafter referred to as the "Subject Mail Parcel").

3. On September 4, 2015, "Subject Mail Parcel" was identified as having similar characteristics to previously mailed parcels known to contain illegal narcotics or the proceeds from the sale of controlled substances. The parcel was subsequently pulled from the mailstream for additional examination.

4. Investigation determined the recipient name written on the label S. Pearson, is not associated with the address 3760 Dewitt Road furthermore the return address I. Pearson, 11335 Mona Blvd #291, Los Angeles, CA, 90059, is not associated with 11335 Mona Blvd. I know from my training and experience that people who ship and receive controlled substances via the U.S. Mail often use fictitious names, phone numbers and/or addresses in attempts to disassociate themselves from the controlled substances.

5. At approximately 3:24pm on September 4, 2015, a parcel lineup was set at Aynor Post Office located at 2945 US-501, Aynor, SC 29511. The parcel lineup was set up in an area which is not used to store or maintain any controlled substances. The parcel lineup consisted of the suspect parcel and three additional parcels of various shapes and sizes. The three additional parcels were prepared by this Postal Inspector and did not contain any controlled substances. Postal Inspectors requested assistance from Horry County Sheriff's Office Canine Officer Craig Hutchinson and "Cara", a certified narcotics detection dog. Officer Hutchinson and "Cara" searched the parcel lineup for the presence of controlled substances. Officer Hutchinson advised Inspector Parnell that "Cara" had "alerted" on "Subject Mail Parcel". Officer Hutchinson stated that, in the past, "Cara's" alerts have led to the apprehension of narcotics traffickers and seizures of controlled substances. Officer Hutchinson advised agents that "Cara" "alerts" on crack, cocaine, heroin, methamphetamines, MDNA, and

marijuana. Officer Hutchinson stated that, based upon his experience, he believed that "Cara" was indicating by the "alert" that the parcel contained controlled substances.

6. Prior investigations by U.S. Postal Inspectors have determined the U.S. Mails are being used to transmit controlled substances from California to other destinations in the United States. I further know materials relating to the distribution of controlled substances are often included in these packages along with the controlled substances. I have seized numerous parcels mailed from California containing controlled substances.

7. Based upon the information provided by Horry County Sergeant Hutchinson and "Cara", a certified narcotics detection dog's 'alerting' on the parcel, CA is a proven source originating point for the shipment of controlled substances through the mail and these facts are consistent with past narcotics trafficking investigations via the United States Mails from California to South Carolina, it is my belief SUBJECT MAIL PARCEL contains a controlled dangerous substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b).

8. The Subject Mail Parcel is presently in the custody of the Postal Inspection Service in Myrtle Beach, SC. Affiant seeks authority for agents to open the parcel for search and seizure of controlled substances.

Assistant US Attorney Alfred W. Bethea Jr. has reviewed the affidavit.

Further your affiant sayeth not.

Chad D. Parnell
Postal Inspector

SWORN AND SUBSCRIBED BEFORE ME,
THIS ___18___ DAY OF SEPTEMBER, 2015,
IN FLORENCE, SOUTH CAROLINA

HONORABLE Thomas E. Rogers, III
United States Magistrate Judge
District of South Carolina